**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RACHEL GURJAR and SAHARA HENRY-BOHOSKEY,<br><br>Plaintiffs,<br><br>– against –<br><br>THE FEEDFEED, LLC, DANIEL RESNICK, JULIE RESNICK, and JAKE COHEN,<br><br>Defendants. | ECF Case<br><br>No. 1:22-CV-00036 (RPK)(LB)<br><br>**STIPULATION OF DISMISSAL** |

**WHEREAS**, on January 4, 2022, Plaintiffs Rachel Gurjar and Sahara Henry-Bohoskey ("Plaintiffs") filed a Complaint against The Feedfeed, LLC, Dan Resnick, Julie Resnick, and Jake Cohen (collectively, "Defendants") alleging violations of 42 U.S.C. § 1981, New York State and New York City Human Rights Laws, New York Labor Law claims, the Equal Pay Act, 29 U.S.C. § 206, and New York Equal Pay Law;

**WHEREAS**, on or around March 14, 2022, Defendants filed an Answer with Counterclaims against Plaintiffs for violating the California Invasion of Privacy Act (the "Counterclaims");

**WHEREAS**, on or around April 4, 2022, Plaintiffs filed their Answer to Defendants' Counterclaims; and

**WHEREAS**, the Parties wish to have this matter closed for all purposes.

**NOW, THEREFORE**, it is hereby stipulated by and between the undersigned, attorneys for the Parties herein, that:

1. The above-referenced action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

2

2. The parties may sign this Stipulation electronically and in counterparts, with all counterparts together constituting one and the same document.

Dated: New York, New York
October 19, 2022

By: _____
Susan Crumiller, Esq.
CRUMILLER P.C.
100 Church St.
New York, New York 10007
(212) 390-8480
*Attorneys for Plaintiffs*

By: _____
Matthew Schenker, Esq.
Bryn Goodman, Esq.
FOX ROTHSCHILD LLP
101 Park Avenue, 17th Floor
New York, NY 10178
(212) 878-7900
*Attorneys for Defendants.*

2. The parties may sign this Stipulation electronically and in counterparts, with all counterparts together constituting one and the same document.

Dated: New York, New York
October 28, 2022

By: _____  By: _____
Susan Crumiller, Esq.              Matthew Schenker, Esq.
CRUMILLER P.C.                     Bryn Goodman, Esq.
16 Court St, Ste 2500              FOX ROTHSCHILD LLP
Brooklyn, New York 11241           101 Park Avenue, 17th Floor
(212) 390-8480                     New York, NY 10178
*Attorneys for Plaintiffs*         (212) 878-7900
                                   *Attorneys for Defendants.*